134 A.3d 1043

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Preston STROMAN, Petitioner.**

**No. 24 EM 2016.**

Supreme Court of Pennsylvania.

April 15, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of April, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* and the Petition for Appointment of New Counsel are **GRANTED.**

This matter is **REMANDED** to the Court of Common Pleas of Philadelphia County, which is directed to appoint new counsel within 45 days. A Petition for Allowance of Appeal shall be filed within 30 days of new counsel's appointment.